1  STROOCK & STROOCK & LAVAN LLP
   ARJUN P. RAO (State Bar No. 265347)
2  JEFFREY D. HARADA (State Bar No. 245187)
   2029 Century Park East, 18th Floor
3  Los Angeles, CA 90067-3086
   Telephone:  310.556.5800
4  Facsimile:   310.556.5959
   Email:     *lacalendar@stroock.com*
5

6  Attorneys for Defendant
     JPMORGAN CHASE BANK, N.A.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CORINNE JACOBSON; STEVEN JACOBSON, | ) Case No. |
12 | | ) |
13 | Plaintiffs, | ) **NOTICE OF REMOVAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.** |
14 | vs. | ) |
15 | JPMORGAN CHASE BANK, | ) |
16 | Defendant. | ) |

# NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant JPMorgan Chase Bank, N.A. ("Chase") hereby removes the action entitled Corinne Jacobson v. JPMorgan Chase Bank, Superior Court of the State of California, County of Orange, Case No. 30-2020-01145437-SC-SC-CXC (the "Action"), to the United States District Court for the Central District of California on the following grounds:

1. <u>Removal is Timely</u>.  The first date upon which Chase received a copy of the Plaintiff's Claim and Order to go to Small Claims Court (the "Complaint") was June 30, 2020, when Chase was served with a copy of the Complaint.  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it has been filed within 30 days of receipt by, and service on, Chase of the Complaint.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings filed in the Action are attached hereto as Exhibit A.

2. <u>This Court Has Federal Question Jurisdiction Over the Action</u>.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Chase pursuant to the provisions of 28 U.S.C. § 1441.  Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law."  Bright v. Bechtel Petroleum, Inc., 780 F.2d 766, 769 (1986) (citing Franchise Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust, 463 U.S. 1, 9 (1983)).  Plaintiff alleges that Chase violated the Fair Credit Billing Act, 15 U.S.C. § 1666, et seq. ("FCBA"), a claim arising under the laws of the United States, and subject to this Court's removal jurisdiction under 28 U.S.C. § 1331.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

3. <u>Consent Is Not Necessary Because No Other Defendants Are Named</u>. Chase is the only named defendant in the Action, and is not aware of any other defendants that have been named in, or served with, the Complaint. Accordingly, consent of removal is not necessary and removal is proper pursuant to 28 U.S.C. § 1446(b).

4. <u>Venue Is Proper In This Court</u>. This Court is the proper district court for removal because the Superior Court of the State of California for the County of Orange is located within the United States District Court for the Central District of California. <u>See</u>, 28 U.S.C. § 1441(a).

5. <u>Notice Will Be Effected</u>. Pursuant to 28 U.S.C. § 1446(d), this Notice of Removal will be served on Plaintiffs, the only adverse parties, simultaneously with this filing. Additionally, a duplicate copy of this Notice of Removal, without exhibits, will be filed with the clerk of the Superior Court in the Action.

Dated: July 30, 2020

STROOCK & STROOCK & LAVAN LLP
ARJUN P. RAO
JEFFREY D. HARADA

By: */s/ Arjun P. Rao*
    Arjun P. Rao

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020 a copy of the foregoing **NOTICE OF REMOVAL OF DEFENDANT JPMORGAN CHASE BANK, N.A.** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Arjun P. Rao*
Arjun P. Rao

**VIA U.S. MAIL:**

Corinne Jacobson
50 Via Burrone
Newport Coast, CA 92657

Steven Jacobson
50 Via Burrone
Newport Coast, CA 92657